# PerkinsCoie

1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

T +1.212.262.6900
F +1.212.977.1649
PerkinsCoie.com

April 28, 2022

Dennis C. Hopkins
DHopkins@perkinscoie.com
D. 212.262.6916
F. 212.977.1646

<u>VIA ECF</u>

Honorable John P. Cronan
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:  Carmen Tavarez-Vargas, Individually, and On Behalf of All Others Similarly Situated, v. Draco Distribution, Inc.
Case No. 1:21-cv-10974-JPC

Dear Judge Cronan:

We represent Defendant Draco Distribution, Inc. ("Defendant") in the above-referenced action. We write to request an extension of time to respond to the Complaint in this action until May 19, 2022. The current date by which a response to the Complaint is due is April 28, 2022. Defendant's counsel has conferred with counsel for the plaintiff, who consents to this request. The parties believe that with this additional time we can make progress towards a possible resolution.   Defendant has made three previous requests for an extension in this matter.

Thank you for your consideration.

Very truly yours,

*/s/ Dennis Hopkins*
Dennis Hopkins

DCH:km

cc: All Counsel of Record (via ECF)

---

Defendant's unopposed request is granted.  Defendant shall respond to the Complaint by May 19, 2022.  The parties are reminded that, pursuant to 3.B of the Court's Individual Rules and Practices in Civil Cases, a request for an extension or adjournment must be made *at least 48 hours* (*i.e.*, two business days) prior to the scheduled appearance or deadline absent compelling circumstances.

SO ORDERED.

Date:  April 28, 2022
       New York, New York

JOHN P. CRONAN
United States District Judge

Perkins Coie LLP
156746249.1