```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
CARMEN TAVAREZ-VARGAS,                                           :
                                                                 :
                        Plaintiff,                               :
                                                                 :         21 Civ. 10974 (JPC)
        -v-                                                      :
                                                                 :              ORDER
DRACO DISTRIBUTION, INC.,                                        :
                                                                 :
                        Defendant.                               :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On June 14, 2022, the Court ordered the parties to submit a joint letter by July 1, 2022 regarding the status of settlement.  Dkt. 17.  The parties failed to submit a status letter by the July 1, 2022 deadline.  Accordingly, it is hereby ORDERED that, by July 7, 2022, the parties shall submit a status letter as set forth in the June 14, 2022 Order.

SO ORDERED.

Dated: July 5, 2022
       New York, New York

_____
JOHN P. CRONAN
United States District Judge